UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ALLEN EDWARDS,<br><br>                                      Plaintiff,<br>v.<br><br>MARCUS POLLARD, et al.,<br><br>                                   Defendants. | Case No.: 21-CV-1157-JES-WVG<br><br>**ORDER ON EX PARTE MOTION TO VACATE SETTLEMENT CONFERENCE, SET A DEADLINE TO FILE DISPOSITIVE MOTION, AND SET A NEW SETTLEMENT CONFERENCE DATE** |
|---|---|

      Before the Court is Defendants' Ex Parte Application to Vacate Settlement Conference, Set a Deadline to File Dispositive Motion, and Set a New Settlement Conference Date ("Application"). (Doc. No. 40.) Defendants represent they "no longer believe settlement discussions would be fruitful and would not be an efficient use of the Court's time and resources" following their evaluation of Plaintiff's First Amended Complaint. (*Id*., 2:10-13.) For such reason, Defendants ask the Court to vacate the April 12, 2023, Video Mandatory Settlement Conference ("MSC") and set a deadline for Defendants to file a dispositive motion no later than May 31, 2023. Having reviewed and considered Defendants' submission, the Court GRANTS the Application in its entirety. In doing so, the Court VACATES the April 12, 2023, Video MSC and ORDERS Defendants to file their motion for summary judgment **no later than May 31, 2023**. To that end, no

1

21-CV-1157-JES-WVG

later than two (2) days from the issuance of presiding District Judge James E. Simmons' order on Defendants' forthcoming motion for summary judgment, Defendants shall contact this Court's Chambers to coordinate further proceedings, inclusive of a second MSC, if at all necessary.

For clarity, the Court is not vacating or modifying the operative dates and deadlines in the November 2, 2022, Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings ("Scheduling Order"). The Court shall not accelerate Plaintiff's obligations in this litigation on account of Defendants' instant request to expedite its own dispositive motion practice. Accordingly, no dates or deadlines in the operative Scheduling Order shall be modified absent separate court order.

**IT IS SO ORDERED.**

Dated: April 11, 2023

Hon. William V. Gallo
United States Magistrate Judge